UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRE FONTENEAU, : | |
| : | |
| Plaintiff, : | Case: 1:16-cv-01665 |
| : | Assigned To : Unassigned |
| v. : | Assign. Date : 8/17/2016 |
| : | Description: Pro Se Gen. Civil (F Deck) |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, : | |
| : | |
| Defendants. : | |

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application and dismiss the complaint.

Plaintiff appears to believe that the United States, through its Department of Defense and in conjunction with the French Ministry of the Interior, has access to private conversations and mail. *See* Compl. at 1. Through such "act[s] of using intelligence (USA/French) on [plaintiff and his family,]" the defendants are "diffusing [their lives] to third party people" and "endangering [plaintiff] and [his] family" as a result. *Id.* at 2.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand

for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, the complaint does not comply with Rule 8(a). It does not appear to state the grounds upon which this court's jurisdiction depends, or a statement of a cognizable claim showing plaintiff's entitlement to relief, or a demand for any particular relief. Therefore, the Court will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE:

_____
United States District Judge